```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

BRAD HOWZE,
       Plaintiff,

       v.                                 CIVIL ACTION NO.
                                          14-10658-DPW

INTERNAL REVENUE SERVICE,
       Defendant.

## MEMORANDUM AND ORDER

On April 11, 2014, this Court issued a Memorandum and Order requiring Plaintiff to show good cause, within 35 days, why this case should not be dismissed for the reasons stated therein. To date, Plaintiff has failed to respond to the show cause order, and the time for doing so has expired.

Having received no response from Plaintiff, for the reasons stated in the April 11, 2014 Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

SO ORDERED.

 May 26, 2014                                /s/ Douglas P. Woodlock
DATE                                         DOUGLAS P. WOODLOCK
                                              UNITED STATES DISTRICT JUDGE